IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:17-CV-00178-BR

**American Select Insurance Co.,**

        Plaintiff,

v.

**Natural Blend Vegetable Dehydration, LLC, et al.,**

        Defendants

**Order**

This matter comes before before the court on the parties' consent motion to stay entry of a Scheduling Order and other discovery. D.E. 45.

For good cause shown, the motion is GRANTED. The full initial status conference, entry of the Scheduling Order, all disclosure and conference requirements, and all other discovery are STAYED pending resolution of Hanover's and American Select's Motions to Dismiss and Hanover's Motion to Sever.

Within thirty (30) days of the resolution of Hanover's and American Select's Motions to Dismiss and Hanover's Motion to Sever, pursuant to Rule 26(f) report, the parties shall confer and submit a report outlining their proposed discovery plan.

Dated: May 30, 2018

_____
Robert T. Numbers, II
United States Magistrate Judge