IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN SELECT INSURANCE COMPANY,<br>Plaintiff, | )<br>)<br>)<br>) | |
| v. | )<br>) | |
| NATURAL BLEND VEGETABLE DEHYDRATION, LLC and THE HANOVER AMERICAN INSURANCE COMPANY,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>) | **JUDGMENT** |
| NATURAL BLEND VEGETABLE DEHYDRATION, LLC,<br>Crossclaim Plaintiff, | )<br>)<br>)<br>) | NO. 4:17-CV-178-BR |
| v. | )<br>) | |
| THE HANOVER AMERICAN INSURANCE COMPANY,<br>Crossclaim Defendant. | )<br>)<br>)<br>) | |
| and | )<br>) | |
| NATURAL BLEND VEGETABLE DEHYDRATION, LLC,<br>Third-Party Plaintiff, | )<br>)<br>)<br>) | |
| v. | )<br>) | |
| INDUSTRIAL SILOSOURCE, Inc., MOLE-MASTER SERVICES CORPORATION, MANRY-RAWLS, LLC, and SIA GROUP, INC.,<br>Third-Party Defendants. | )<br>)<br>)<br>)<br>) | |

**Decision by Court.**
This action came before this Court for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED that** pursuant to the Court's order of 22 March 2019, American Select's and Hanover's motions to dismiss are GRANTED and Natural Blend's

negligence/negligent misrepresentation claims, bad faith (refusal to settle) claims, breach of covenant of good faith and fair dealing claims, and unfair and deceptive trade practices claims are DISMISSED. Hanover's motion to sever Natural Blend's third-party complaint is GRANTED. Natural Blend's third-party claims against Industrial SiloSource, Inc., Mole-Master Services Corporation, Manry-Rawls, LLC, and SIA Group, Inc. filed in this case are severed into a separate action.

<u>This Judgment Filed and Entered on August 13, 2019 with service on:</u>
John Timothy Jeffries, Stephen Levi Beaman, Kevin Michael O'Brien, William R. Hartzell, Michael T. Medford, J. Matthew Little, Rebecca Ann Rausch Thornton, Joseph L. Nelson, David Michael Fothergill, Rodney E. Pettey, Michael Scott Rainey (via CM/ECF Notice of Electronic Filing)

Date: August 13, 2019　　　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　　　　Lauren Herrmann, Deputy Clerk